IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSE FERNANDEZ,

    Plaintiff,

v.                                                Civ. No. 22-0886 KG-GBW

BOARD OF COUNTY COMMISSIONERS,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED that this civil action is DISMISSED without prejudice.

_____
UNITED STATES DISTRICT JUDGE